

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
DONALD C. POGUE
JUDGE

March 23, 2010

Beverly A. Farrell
U.S. DEPARTMENT OF JUSTICE
International Trade Field Office
26 Federal Plaza
New York, NY 10278

Ralph H. Sheppard
Meeks, Sheppard, Leo & Pillsbury
1735 Post Road, Suite 4
Fairfield, CT 06824

        Re: U.S. v. American Home Assurance Co.
            Court No. 10-00003

Dear Counsel:

The captioned matter has been assigned to this chamber. USCIT Rule 16(b) requires the Court to enter a scheduling order in this action, or a finding that a scheduling order will not aid in the disposition of the action. Rule 26(f) requires that the parties develop a proposed discovery plan prior to the date upon which the scheduling order is due.

Opposing counsel shall confer upon the entering of a scheduling order and a discovery plan. On or before Monday, April 12, 2010, counsel shall submit either an agreed upon proposed scheduling order and discovery plan, or, in the event there is no agreement, counsel will each submit a proposed scheduling order and discovery plan. Counsel shall call my deputy clerk, Rebecca Ricci, at 212-264-1628, on April 12th to inform her as to whether an agreement has been reached. In the event there is no agreement, counsel shall then call chambers at 3:00 p.m. on

Wednesday, April 14, 2010 in order to resolve any outstanding issues.

The order will include those items set forth in Rule 16(b) and Rule 26(f). In addition, the order should address the following issues:

1. The claimed basis for subject matter jurisdiction;

2. A deadline for designation of experts, if any;

3. A deadline for submission of exhibits;

4. An approximation of damages in controversy.

5. A Certification of settlement efforts, including an assurance that counsel have conferred with their clients regarding settlement efforts, have exchanged offers, have identified obstacles to settlement, and have considered options for overcoming them. In the event that settlement cannot be achieved, counsel shall endeavor to eliminate any unnecessary or peripheral matters and otherwise work cooperatively to simplify the issues to be litigated in this matter.

6. Preparation for trial in the event a trial is requested. A proposed order governing preparation for trial is to accompany any request for trial. (A draft order is available on the Court's website.)

7. Each party not exempt shall file a Notice of Consent to Electronic Service pursuant to paragraph 6 of the Administrative Order 02-01. Exemption may be granted by the court.

Please be advised that the assigned judge or another judge of this Court will be available by phone or in person to assist in

settlement negotiations if the likelihood of settlement warrants this use of judicial resources.

For your convenience, forms are enclosed.

                              Very truly yours,

                       /S/    Donald C. Pogue
                                  Judge

                              Donald C. Pogue

Enclosures (2)

# UNITED STATES COURT OF INTERNATIONAL TRADE

[Plaintiff's Name],

                Plaintiff,

     v.

[Defendant's Name],

                Defendant.

Court No.

SCHEDULING ORDER

     Pursuant to Rules 1 and 16 of the United States Court of International Trade, IT IS ORDERED that the parties adhere to the following deadlines:

1. The Plaintiff has identified _____ _____ as the basis for this Court's jurisdiction.

2. Discovery shall be completed by _____ _____. (No later than eight weeks prior to pretrial conference.)

3. Dispositive motions, if any, shall be filed no later than ___ _____.

4. Requests for trial, if any, shall be filed no later than ____ _____ and shall be accompanied by a proposed order governing preparation for trial.

5. The parties estimate that the amount of damages in controversy is _____. (Or, if estimation of damages proves too difficult or impractical, the parties estimate that the amount involved falls within a range of ___ _____.)

6. Pretrial conference shall be held on _____ _____. (At least three weeks prior to trial.)

    a. All exhibits shall be identified and submitted by _____ _____. (No later than seven weeks prior to pretrial conference.)

    b. Lists of witnesses, including experts who are to be

designated by name and subject matter, must be exchanged on or before _____. (No later than seven weeks prior to pretrial conference.)

The Clerk of the Court is directed to forward copies of this scheduling order to counsel for all parties.

                                                                              Donald C. Pogue, Judge

Dated: _____
New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE

```
[Plaintiff's Name],
                    Plaintiff,         Court No.
            v.
                                       SETTLEMENT CERTIFICATE
[Defendant's Name],
                    Defendant.
```

The undersigned lead counsel for the parties hereby certify that:

1. They met (in person) (by telephone) on _____ _____, to discuss in good faith the settlement of this case.

2. The following persons participated in the settlement conference:

   _____
   _____

3. Counsel conferred with their clients regarding settlement.

4. At the conference counsel exchanged offers, identified obstacles to settlement, and considered options for overcoming them.

5. Counsel (_____) do or (_____) do not desire a conference with the Court regarding settlement.

Submitted this _____ day of _____, 19\_\_\_\_.

_____
Counsel for Plaintiff

_____
Counsel for Defendant